**Exhibit "B"**

Page 1
Presidential Place Condos for Sale: Boca Raton FL Real Estate
https://www.propertymatters.net/area/presidential-place-condos-for-sale/#



# Presidential Place Condos for Sale

Jump to Featured Listings

| Presidential Place Neighborhood | Presidential Place Area Info | Presidential Place Recent Sales |

As one of Boca Raton's most prestigious oceanfront condominium developments, Presidential Place offers a private and upscale lifestyle with a resort-like ambiance and amazing amenities. It is home to only 42 residences, making available Presidential Place condos for sale a rare yet highly desired find. This condo community was designed by the world famous Alfred Karram, Jr., and the residences here are all exquisitely detailed with elegant appointments of the finest quality. An extraordinary quality of life awaits you at this fantastic oceanfront condo community!



## Discover More About Presidential Place Condos for Sale

Residents of Presidential Place real estate enjoy the benefits of living in a full service building that caters to their every need with services such as valet, a concierge, a 24 hour staff, and butler and maid services. Additional 5-star amenities include a pool, a spa and sauna with poolside attendants, a state-of-the-art fitness center with personal trainers, a clubhouse, a library, and extra storage.

Those who purchase Presidential Place condos for sale also enjoy membership to the highly acclaimed Boca Raton Resort and Beach Club. This allows for access to luxurious benefits such as two championship golf courses, a 32-slip marina, a half-mile private beach with private beachside cabanas, fantastic restaurants, water sports, the amazing **Spa Palazzo**, a full-service clubhouse, social activities and more!  In addition, there is a courtesy bus that transports Presidential Place residents to and from this premiere Beach Club.

The individual condo units at Presidential Palace are just as luxurious as the community amenities. These condos have keyed elevator access, an entrance foyer with etched-glass floor to ceiling panels for a magnificent arrival, flooring made of exotic wood and granite, walls of floor to ceiling sliding doors that open to spacious balconies with views of the ocean, Lake Boca, intracoastal, and the Boca Raton city skyline. The units also have gourmet kitchens and spa-like marble baths, and some even come with fully equipped bars and media rooms. In addition, each condo has a private oceanfront cabana and bath as well as two garage parking spaces. Available Presidential Place condos for sale are hard to find, but home prices generally start at around $2 million and go up to over $5 million.

Embodying the utmost in beachfront luxury, Presidential Place rivals some of the world's finest resorts! If you would like additional information on Presidential Place real estate, please contact the area experts at Property Matters today!





Captured by FireShot Pro: 28 फरवरी 2022, 21:09:15
https://getfireshot.com